IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 05-20336-Ma

JOSEPH MAY,

   Defendant.

---

ORDER STRIKING REPORT DATE AND SETTING CHANGE OF PLEA

---

Before the court is defendant Joseph May's December 20, 2005, unopposed motion to strike the report date currently set December 23, 2005, and setting this matter for a change of plea hearing. For good cause shown, the motion is granted. The report date on December 23, 2005, is stricken, and the matter is set for a change of plea hearing on **Friday, January 6, 2006, at 10:30 a.m.**

It is so ORDERED this 21st day of December, 2005.

   _____
   SAMUEL H. MAYS, JR.
   UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20336 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT